UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: Cathy . L. Waldor |
| v. | MAGISTRATE NO.: 18-7094 |
| Steven B. Mell | DATE OF PROCEEDINGS: 6/19/18 |
| | DATE OF ARREST: 5/9/18 |

PROCEEDINGS: __Detention Hearing__

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
(✓) OTHER __Bail motion heard/presented__

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(✓) BAIL SET: __1,000,000.00__
    ( ) UNSECURED BOND
    (✓) SURETY BOND SECURED BY CASH / **PROPERTY**
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
(✓) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.        DATE: _____
( ) DETENTION / BAIL HRG.              DATE: _____
( ) TRIAL: ___ COURT ___ JURY          DATE: _____
( ) SENTENCING                         DATE: _____
( ) OTHER: _____                      DATE: _____

APPEARANCES:

AUSA __Danielle Walsman__

DEFT. COUNSEL __Robert A. Bianchi (retained)__

PROBATION _____

INTERPRETER __NA__
    1. Language: ( NA )

Time Commenced: __2:15 pm__
Time Terminated: __2:45 pm__
CD No: __ECR__

__Tim Gorman__
DEPUTY CLERK