**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JESREY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Cathy L. Waldor |
| vs. | Mag. No. 18-7094 (CLW) |
| STEVEN BRADLEY MELL a/k/a BRADLEY MELL | **CONSENT ORDER EXTENDING TIME TO PERFECT LIEN** |

This matter having come before the Court by the defendant Steven Bradley Mell (by David J. Bruno, Esq. of the Bianchi Law Group, LLC) and with the consent of Craig Carpenito, United States Attorney for the District of New Jersey (by Danielle Alfonzo Walsman, Assistant United States Attorney) for an order amending one single condition in the Court's June 19, 2018 order setting conditions of release which requires Defendant's counsel to perfect lien within 1 week of the signing of the June 19, 2018 order, to allow time to get Mrs. Diane Mell's South Carolina counsel a certified copy with a raised seal of the agreement to forfeit property for filing, and for good and sufficient cause shown;

**IT IS** on this _____ day of _____, 2018;

**ORDERED** that the Defendant shall have until June 28, 2018 to perfect the lien as previously required by the Court's June 19, 2019 order setting conditions of release.

HONORABLE CATHY L. WALDOR

Form and entry consented to:

DANIELLE ALFONZO WALSMAN
Assistant United States Attorney

DAVID J. BRUNO
Counsel for Defendant Steven Bradley Mell