# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

Steven B. Mell

MAGISTRATE JUDGE: Cathy L. Waldor

MAGISTRATE NO.: 18-7094

DATE OF PROCEEDINGS: 7/13/18

DATE OF ARREST: 5/9/18

PROCEEDINGS: Bail Violation

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
(✓) OTHER  Bail Violation Addressed

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: Continued
   ( ) UNSECURED BOND
   ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED ___
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.     DATE: ___
( ) DETENTION / BAIL HRG.           DATE: ___
( ) TRIAL: ___ COURT ___ JURY       DATE: ___
( ) SENTENCING                      DATE: ___
( ) OTHER: ___                      DATE: ___

— bail conditions continued

APPEARANCES:

AUSA      D. Walsman

DEFT. COUNSEL    Robert Bianchi

PROBATION ___

INTERPRETER    NA
   1. Language: ( NA )

Time Commenced: 2:05 pm
Time Terminated: 2:18 pm
CD No: ECR

*Tim Gorman*
DEPUTY CLERK