RECEIVED

FEB - 4 2019

AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Hon. Brian R. Martinotti |
|---|---|
| v. | Crim. No. 3:18-cr-00757-BRM |
| STEVEN BRADLEY MELL<br>a/k/a BRADLEY MELL | ORDER TO AMEND JUNE 19, 2018<br>RELEASE CONDITIONS |

This matter having come before the Court on the application of Steven Bradley Mell (by David J. Bruno, Esq. of the Bianchi Law Group, LLC) for an order amending the release conditions entered in the above-captioned matter by Hon. Cathy Waldor on June 19, 2018 to allow for one-time travel exceptions for a limited period of time to be determined by United States Pretrial Services for Mr. Mell to travel to 620 Black River Rd., Bedminster, New Jersey and Safeguard Self-Storage at 1096 US-22, Mountainside, New Jersey to obtain documents and records necessary to complete Mr. Mell's presentence report and for Mr. Mell's upcoming sentencing proceeding; and the Government, through Assistant United States Attorney Danielle Alfonzo Walsman, having consented to the amendment; and United States Pretrial Services, through United States Pretrial Services Officer Kelly Fernandes, having consented to the amendment; and for good and sufficient cause shown;

**IT IS** on this 4th day of February 2019;

**ORDERED** that the June 19, 2018 release conditions shall be amended to allow the Defendant to travel to 620 Black River Rd., Bedminster, New Jersey and Safeguard Self-Storage at 1096 US-22, Mountainside, New Jersey.

**IT IS FURTHER ORDERED** that above mentioned travel exceptions to the June 19,

1

2018 release conditions are limited to one time for each location and United States Pretrial Services shall determine the date, time and duration of the travel.

_____
HONORABLE BRIAN R. MARTINOTTI

Form and entry consented to:

_____
DAVID J. BRUNO
Counsel for Defendant Steven Bradley Mell

_____
DANIELLE ALFONZO WALSMAN
Assistant United States Attorney