| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY ||
|---|---|
| UNITED STATES OF AMERICA | Hon. Brian R. Martinotti |
| v. | Crim. No. 3:18-cr-00757-BRM |
| STEVEN BRADLEY MELL<br>a/k/a BRADLEY MELL | ORDER TO AMEND JUNE 19, 2018<br>RELEASE CONDITIONS |

This matter having come before the Court on the application of Steven Bradley Mell (by David J. Bruno, Esq. of the Bianchi Law Group, LLC) for an order amending the release conditions entered in the above-captioned matter by Hon. Cathy Waldor on June 19, 2018 to allow for one-time travel exception for a limited period of time to be determined by United States Pretrial Services for Mr. Mell to travel to Bank of America at 1 Washington St., Rocky Hill, NJ 08593 to conduct business that can only be done in person at the branch. Specifically, to close financial accounts no longer in use and add a power of attorney to personal accounts for the purpose of paying bills during the duration of his sentence; and the Government, through Assistant United States Attorney Danielle Alfonzo Walsman, having consented to the amendment; and for good and sufficient cause shown;

IT IS on this ____ day of March 2019;

**ORDERED** that the June 19, 2018 release conditions shall be amended to allow the Defendant to travel to Bank of America at 1 Washington St., Rocky Hill, NJ 08593.

**IT IS FURTHER ORDERED** that above mentioned travel exceptions to the June 19,

1

2018 release conditions are limited to one time and United States Pretrial Services shall determine the date, time and duration of the travel.

HONORABLE BRIAN R. MARTINOTTI

Form and entry consented to:

DAVID J. BRUNO
Counsel for Defendant Steven Bradley Mell

DANIELLE ALFONZO WALSMAN
Assistant United States Attorney