UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

THE BIANCHI LAW GROUP, LLC
Robert A. Bianchi, Esq. (036801988)
4 York Ave., 2nd Floor
West Caldwell, New Jersey 07006
862-210-8570
Attorneys for Defendant Steven Bradley Mell

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA,** : | Hon. BRIAN R. MARTINOTTI, U.S.D.J. | |
| **vs.** : | Criminal No. 3:18-CR00757-1 | |
| **STEVEN BRADLEY MELL,** : | | |
| Defendant. : | **SENTENCING SUBMISSION NOTICE OF DEFENDANT** | |
| : | **Document Electronically Filed** | |

**PLEASE BE ADVISED** that on May 15, 2019 defendant Steven Bradley Mell submitted sentencing materials to the Court in the above-captioned matter.

 

THE BIANCHI LAW GROUP, LLC
**Attorneys for Defendant Steven Bradley Mell**

By:  /s/Robert A. Bianchi
      ROBERT A. BIANCHI, ESQ.

Date:  May 15, 2019