DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>STEPHEN BRADLEY MELL,<br>Defendant | Criminal No. 18-757 (BRM)<br><br><br>**SENTENCING SUBMISSION NOTICE**<br>**OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Stephen Bradley Mell.

Date: May 15, 2019

CRAIG CARPENITO
United States Attorney

By:   Danielle Alfonzo Walsman
DANIELLE ALFONZO WALSMAN
Assistant U.S. Attorney