## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Brian R. Martinotti, U.S.D.J. |
| v. : | Case No. 18-757 |
| : | |
| STEVEN BRADLEY MELL : | **NOTICE OF ATTORNEY** |
| : | **APPEARANCE** |
| _____: | |

Please take notice that Andrea D. Bergman, Esq., Assistant Federal Public Defender, makes an appearance as counsel of record for Petitioner Steven Bradley Mell.

Respectfully Submitted,

*/s/ Andrea Bergman*

Andrea Dechenne Bergman
Assistant Federal Public Defender